IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
          v.                 )  Criminal No. 99-31
                             )
RICARDO FREEMAN, JR.,        )
     Defendant.              )

ORDER

AND NOW, this 26th day of March, 2009, IT IS HEREBY

ORDERED that the defendant's period of supervised release,

imposed January 15, 2008, is modified as follows:

> Defendant shall serve up to 180 days at the Renewal
> Incorporated with the first 28 days to be spent at
> their in-patient drug treatment center.

> In all other aspects, the terms of defendant's

supervision shall remain in full force effect.

IT IS FURTHER ORDERED that the supervised release

violation hearing, scheduled for March 26, 2009, is hereby

cancelled.

BY THE COURT:

_____,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Margaret E. Picking,
      Assistant United States Attorney

      Sally A. Frick, Esquire
      1601 Frick Building
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation